In the Matter of CARMINE POLITO et al., Appellants, v JOHN P. WALSH, as Supreme Court Justice, et al., Respondents.

Submitted July 16, 2007; decided September 18, 2007

Reported below, 32 AD3d 953.

Motion for reargument denied [*see* 8 NY3d 683].

NICHOLAS RAFFELLINI, Respondent, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.

Submitted September 10, 2007; decided September 18, 2007

Reported below, 36 AD3d 92.

Motion by New York Insurance Association, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of JERROLD SCHWARTZ, Appellant, v ROBERT DENNISON, as Chairman of the New York State Board of Parole, Respondent.

Submitted September 4, 2007; decided September 18, 2007

Reported below, 40 AD3d 218.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

MORTON TABAK et al. Respondents, v MARTHA STEELE, Appellant, et al., Respondents.

Submitted September 4, 2007; decided September 18, 2007

Reported below, 38 AD3d 244.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.